**Edna RAMSEY, Appellant,**

v.

**Timothy CONNER, Appellee.**

No. 11–3132.

United States Court of Appeals, Eighth Circuit.

Submitted: June 7, 2012.

Filed: June 12, 2012.

Edna Ramsey, St. Louis, MO, pro se.

Jessica A. Brasel, Peter J. Dunne, Pitzer & Snodgrass, St. Louis, MO, for Appellee.

Before WOLLMAN, MELLOY, and SMITH, Circuit Judges.

PER CURIAM.

Edna Ramsey appeals following the district court's[1] entry of judgment upon an adverse jury verdict in her 42 U.S.C. § 1983 action. Ramsey suggests that there was insufficient evidence to support the verdict, that her trial counsel was ineffective, and that she should be granted leave

---

1. The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri.

1. The Honorable Thomas C. Mummert, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

to amend her complaint and to submit additional evidence. Upon careful review, we conclude that none of her arguments have merit. Accordingly, we affirm the judgment. *See* 8th Cir. R. 47B.